UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

Bankruptcy No. 10-15732 ABC
Chapter 7

SARAH JANE MARESH, XXX-XX-9706
Debtor,

US BANK, NA,
Movant,

SARAH JANE MARESH, XXX-XX-9706
David V. Wadsworth,
The Chapter 7 Trustee,
Respondents.

## ORDER ABANDONING PROPERTY OF THE ESTATE

Upon motion by US BANK, NA requesting an Order requiring the Trustee to abandon property of the estate, no response having been received by the date set forth in the notice, the Court hereby

ORDERS that the Trustee abandon, as property of the bankruptcy estate, the real property described as:

SEE EXHIBIT A ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE

Also known and numbered as: 3222 South Oneida Way, Denver, CO 80224

Dated: August 24, 2010

BY THE COURT:

_____
United States Bankruptcy Judge